**Order issued January 23, 2012**



In The

# Court of Appeals

For The

# First District of Texas

---

## NO. 01-12-00015-CV

---

## MARCUS HILES, Appellant

## V.

## ARNIE & COMPANY, P.C., Appellee

---

### On Appeal from 270th District Court
### Harris County, Texas
### Trial Court Cause No. 1042061

---

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the Fourteenth District of Texas: *In re Western Rim Investors 2006-3, L.P., Western Rim Investors 2006-4, L.P., Western Rim Investors 2006-5, L.P., Western Rim Investors 2007-1, L.P., Mansions Custom Homes III, L.P., Cascades of Tyler Joint Venture, L.L.P., Et Al*, No. 14-11-00587-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and

reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually

2